Pro-Align Chiropractic, P.C., as Assignee of Kethelyne Jean-Louis, Appellant,
against
Integon National Ins. Co., Respondent. 




Gary Tsirelman, P.C. (Darya Klein of counsel), for appellant.
Law Offices of Moira Doherty, P.C. (Lisa Taranto-Fernandez of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard J. Montelione, J.), entered January 17, 2018. The order, insofar as appealed from as limited by the brief, granted defendant's motion for summary judgment dismissing the complaint and denied the branch of plaintiff's cross motion seeking to compel defendant to serve responses to plaintiff's discovery demands.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals, as limited by its brief, from so much of an order of the Civil Court as granted defendant's motion for summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations (IMEs) and denied the branch of plaintiff's cross motion seeking to compel defendant to serve responses to plaintiff's discovery demands.
Contrary to plaintiff's arguments, defendant's proof sufficiently established that defendant had timely mailed the IME scheduling letters and the denial of claim forms (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]) and that plaintiff's assignor had failed to appear for the scheduled IMEs (see Stephen Fogel Psychological, P.C. v [*2]Progressive Cas. Ins. Co., 35 AD3d 720 [2006]). Plaintiff's remaining contention lacks merit. 
Accordingly, the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 6, 2019